UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DANIEL BRANNON, SR AS PERSONAL
REPRESENTATIVE OF THE ESTATE OF
BARBARA E. BRANNON,

                Plaintiff,

v.
                                      Case No. 3:09-cv-10663-WGY-JBT

R.J. REYNOLDS TOBACCO COMPANY,
*et al.*,

                Defendants.

_____/

**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO R.J. REYNOLDS
TOBACCO COMPANY, PHILIP MORRIS USA INC., LORILLARD TOBACCO
COMPANY, LIGGETT GROUP LLC, AND VECTOR GROUP LTD.**

        Plaintiff Daniel Brannon, Sr. as personal representative of the Estate of Barbara E.

Brannon, with the consent of each named defendant as reflected by signature of their counsel

below, hereby dismisses with prejudice all claims (including all claims brought or that could

have been brought in this lawsuit) against R. J. Reynolds Tobacco Company, Philip Morris USA

Inc., Liggett Group LLC, Vector Group Ltd. and Lorillard Tobacco Company pursuant to Fed. R.

Civ. P. 41(a)(1)(A)(ii). Each party shall bear its own costs and attorneys' fees.

Dated:  December 5, 2013

HUGHES HUBBARD & REED LLP        LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By:  */s/ Theodore V.H. Mayer*        By:  */s/ Sarah R. London*
     Theodore V.H. Mayer*               Robert J. Nelson (CA Bar No. 132797)
     Email: mayer@hugheshubbard.com     E-mail: rnelson@lchb.com
     Jeff H. Galloway*                  Elizabeth J. Cabraser (CA Bar No. 83151)
     Email: galloway@hugheshubbard.com   E-mail: ecabraser@lchb.com
     One Battery Park Plaza               Richard M. Heimann (CA Bar No. 063607)

New York, NY 10004-1482
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
*Admitted Pro Hac Vice*

Aviva L. Wernick (FL Bar 697281)
E-mail:  wernick@hugheshubbard.com
201 South Biscayne Boulevard
Suite 2500
Miami, FL 33131
Telephone:  (305) 358-1666
Facsimile:  (305) 371-8759

**Attorneys for Lorillard Tobacco Company**

E-mail: rheimann@lchb.com
Sarah R. London (CA Bar No. 267083)
E-mail: slondon@lchb.com
Kent L. Klaudt (CA Bar No. 183903)
E-mail: kklaudt@lchb.com
275 Battery Street, 29th Floor
San Francisco, California  94111
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

Kenneth S. Byrd (TN Bar No. 23541)
E-mail: kbyrd@lchb.com
150 Fourth Avenue North
One Nashville Place, Suite 1650
Nashville, Tennessee  37219
Telephone:  (615) 313-9000
Facsimile:  (615) 313-9965

**Attorneys for Plaintiff**

ARNOLD & PORTER LLP

By:  /s/ Thomas W. Stoever, Jr.
    Thomas W. Stoever, Jr.
    E-mail: Thomas.Stoever@aporter.com
    370 Seventeenth Street, Suite 4400
    Denver, CO  80202-1370
    Telephone: (303) 863-2328
    Facsimile: (303) 832-0428

**Attorneys for Philip Morris USA Inc.**

KASOWITZ BENSON TORRES &
FRIEDMAN LLP

By:  /s/ Kelly Anne Luther
    Kelly Anne Luther (FL Bar No. 870780)
    E-mail: kluther@kasowitz.com
    1441 Brickell Avenue, Suite 1420
    Miami, FL  33131-3426
    Telephone: (305) 377-1666
    Facsimile: (305) 675-6487

**Attorneys for Liggett Group LLC and Vector Group Ltd.**

JONES DAY

By:  /s/ David M. Monde
    David M. Monde
    E-mail: dmmonde@jonesday.com
    1420 Peachtree Street, N.E.
    Suite 800
    Atlanta, GA  30309-3053
    Telephone:  (404) 581-8206
    Facsimile:  (404) 581-8330

**Attorneys for R.J. Reynolds Tobacco Co.**

## <u>CERTIFICATE OF SERVICE</u>

On December 5, 2013, I electronically filed this document through the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

A complete, duplicate copy of this document has been forwarded directly to Judge Young in Boston, MA.

<div style="margin-left: 45%;">

*/s/ Aviva L. Wernick*
Aviva L. Wernick (FBN 697281)
E-mail:  wernick@hugheshubbard.com
HUGHES HUBBARD & REED LLP
201 South Biscayne Boulevard, Suite 2500
Miami, FL 33131
Telephone: (305) 358-1666
Facsimile:  (305) 371-8759

***Attorneys for Lorillard Tobacco Company***

</div>